UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VICENTE MIGUEL,<br><br>                              Petitioners,<br><br>v.<br><br>PAMELA BONDI, Attorney General, et al.,<br><br>                              Respondents. | Case No.:  26-CV-1636 JLS (SBC)<br><br>**ORDER (1) DENYING MOTION FOR ATTORNEY'S FEES AS MOOT AND (2) DISMISSING CASE**<br><br>(ECF Nos. 11, 13) |

Presently before the Court is Petitioner's Motion for Attorney's Fees (ECF No. 11). The Parties filed a Notice of Settlement (ECF No. 13) informing the Court that the Parties "reached a settlement on Petitioner's demand for attorney fees under the Equal Access to Justice Act." ECF No. 13 at 1.  Therefore, Petitioner's Motion for Attorney's Fees (ECF No. 11) is **DENIED AS MOOT**.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

 **IT IS SO ORDERED.**

Dated:  May 15, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

26-CV-1636 JLS (SBC)